AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the

United States Courts
Southern District of Texas
**F I L E D**

**OCT 2 8 2022**

Nathan Ochsner, Clerk of Court

*Gabriel Martinez*
_____
Petitioner

v.

*SHERIFF, ERIC FAGAN*
_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case No. _____
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: *Gabriel Martinez*
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: *Fort Bend County Jail/Detention Center*
   (b) Address: *1410 Richmond Parkway, Richmond Texas 77469*

   (c) Your identification number: *P# 00013071*
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain: _____

4. Are you currently:

   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____

      (b) Docket number of criminal case: *21 DCR 097408, 21 DCR097409*
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other *(explain):* _____
   _____
   _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
    maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

_____

6.    Provide more information about the decision or action you are challenging:
      (a) Name and location of the agency or court:  I challenge the fact I am being
      confined before trial. I challenge the length of confinement.
      (b) Docket number, case number, or opinion number:  21 DCR 097408, 21 DCR 097409
      (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
      I challenge my confinement without the privelage of trial. I
      challenge the extended period of confinement as it is the
      equivalent of a punishment or sentence without trial.
      (d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**
      Did you appeal the decision, file a grievance, or seek an administrative remedy?
      ☒ Yes          ☐ No
      (a) If "Yes," provide:
            (1) Name of the authority, agency, or court:  1st Court of Appeals

            (2) Date of filing: _____
            (3) Docket number, case number, or opinion number:  No. 01-22-00540, 01-22-0541
            (4) Result:  Dismissed for want of Jurisdiction
            (5) Date of result:  Aug 16. 2022
            (6) Issues raised:  Petition for Habeas Corpus / EXCESSIVE BAIL
            AMOUNTS / PreTRIAL DETENTION & Presumed Innocence

            _____

            _____

            _____

      (b) If you answered "No," explain why you did not appeal: _____

8.    **Second appeal**
      After the first appeal, did you file a second appeal to a higher authority, agency, or court?
      ☒ Yes          ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _Court of Appeals of Texas_

    (2) Date of filing: _08/31/2022_

    (3) Docket number, case number, or opinion number: _WR-94,112-01_

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _Pre Trial Detention, EXCESSIVE BOND AMMOUNTS._

    _____

    _____

    _____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☒ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

    _____

    _____

    _____

(b) If you answered "No," explain why you did not file a third appeal: _I have ehausted_ _State remedy_

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☒ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes          ☒ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☒ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☒ No

If "Yes," provide:

(a)  Date you were taken into immigration custody: _____

(b)  Date of the removal or reinstatement order: _____

(c)  Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☒ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

        If "Yes," provide:
        (1) Date of filing: _____
        (2) Case number: _____
        (3) Result: _____
        (4) Date of result: _____
        (5) Issues raised: _____

    (d)    Did you appeal the decision to the United States Court of Appeals?
        ❐ Yes           ☒ No
        If "Yes," provide:
        (1) Name of court: _____
        (2) Date of filing: _____
        (3) Case number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

12.    **Other appeals**
    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
    ❐ Yes           ☒ No
    If "Yes," provide:
    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____
    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Grounds for Your Challenge in This Petition**

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**   I am restrained in my liberties.

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:
I am innocent and being confined without the benefit of fair trial.

(b)  Did you present Ground One in all appeals that were available to you?
☑ Yes          ☐ No

**GROUND TWO:**   The two $150,000.00 bonds are excessive and oppressive.

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:
I can not recieve a fair trial from inside jail, this is widely known and understood. I am mentally impaired and normally live on disabillity check below poverty I am poor. Now I have nothing and am innocent. This was done to me before and the system let them do it now they are trying again. I cant afford $10,000.00 Much less $300,000.00.

(b)  Did you present Ground Two in all appeals that were available to you?
☑ Yes          ☐ No

**GROUND THREE:**   Because of my incarceration my disabillity checks were stopped.

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:
This is and amounts to punishment and reduces my abillity to retain effective counsel and secure a fair trial.

(b)  Did you present Ground Three in all appeals that were available to you?
☑ Yes          ☒ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

_____

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b)  Did you present Ground Four in all appeals that were available to you?

❏ Yes                    ❏ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not: _____

_____

_____

_____

### Request for Relief

15. State exactly what you want the court to do: I need a P.R. Bond so I can get out
get my checks turned back on so I can hire a good Attorney and
Speacialists. If I cant get a P.R Bond I need $500.00 bonds
So my sister can get me out.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  10/25/2022                          _____
                                                                   *Signature of Petitioner*


                                                       _____
                                                                   *Signature of Attorney or other authorized person, if any*



FOREVER / USA

UNITED STATES District
Southern District of Tex
Post Office Box 61010
Houston, Texas 77208

United States Courts
Southern District of Texas
F I L E D

OCT 28 2022

Nathan Ochsner, Clerk of Court

Gabriel Martinez #0000130711
Ft. Bend County Jail
1410 Richmond Parkway
Richmond, Texas 77469